# Exhibit 1

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-CV-60803-RS

MANDY G. LEIGH,
    Plaintiff,
vs.

ROBERTO MARTIN LEIGH,
    Defendant
_____/

## DECLARATION OF SILVIA LEIGH

I, Silvia Leigh, make the following declaration under the penalty of perjury pursuant to the laws of the United States:

1. I am over 18 years of age and competent to testify to the matters stated in this Declaration.

2. I have retained Birnbaum, Lippman & Gregoire, PLLC to represent my interests including the dissolution of marriage proceeding currently pending in the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No: FMCE 22-012541.

3. I have retained Slater & Small to represent my interests including the guardianship proceedings currently pending in the Seventeenth Judicial Circuit in and for Broward County, Florida, Case No: PRC 22005365 and the companion case, Case No: MHC220003629.

4. Recently the cases have been consolidated; the order consolidating the actions is attached hereto as **Exhibit A**.

5. I require the assistance of my son Roberto Leigh to adequately obtain legal advice and assist in obtaining legal representation.

6. This is further evidenced by my execution of a Durable Power of Attorney, naming Roberto Leigh as my Agent/Attorney in Fact.

7. The authority granted under the Durable Power of Attorney was granted immediately upon its execution.

8. In the Durable Power of Attorney, I specifically authorized Robert Leigh to do the following:

> My Agent may institute, supervise, prosecute, defend, intervene in, abandon, compromise, adjust, arbitrate, settle, dismiss, and appeal from any and all legal, equitable, judicial or administrative hearings, actions, suits or proceedings involving me in any way. This authority includes, but is not limited to, claims by or against me arising out of property damage or personal injury suffered by or caused by me or under circumstances such that the resulting loss may be imposed on me. My Agent may otherwise engage in litigation involving me, my property or my legal interests, including any property, interest or person for which or whom I have or may have any responsibility.

9. I executed the Durable Power of Attorney to unequivocally authorize Roberto to assist me, however I required his assistance prior to its execution to effectively obtain legal advice and legal representation.

10. I informed both law firms that I required Roberto Leigh's assistance in communicating or otherwise obtaining legal representation from them.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August __9th__, 2023.

_____
Silvia Leigh

# EXHIBIT A

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT IN AND FOR BROWARD COUNTY, FLORIDA

IN RE: THE MARRIAGE OF:

CASE NO.: FMCE 22-012541 (36)

NORMAN LEIGH,
    Petitioner/Husband,

and

SILVIA LEIGH,
    Respondent/Wife.

_____/

## ORDER TO CONSOLIDATE CASES

**THIS CAUSE** came before the Court on May 4, 2023, and the Court having heard argument of counsel, and the Court being otherwise duly and fully advised in the premises,

**ORDERS** and **ADJUDGES** as follows:

1. This dissolution of marriage action shall be transferred *effective* immediately to Judge Lopane, Division 60J, where it shall be consolidated with In Re: Guardianship of Leigh, Norman, filed on October 14, 2022, in Broward County Case Number: PRC 220005365, and the companion case In Re: Leigh, Norman, filed on October 14, 2022, which is also set before Judge Charles Green, Division 61J, in Broward County Case No. MHC220003629.

2. This Court will retain jurisdiction over the parties and subject matter herein.

**DONE** and **ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____ day of MAY 0 4 2023, 2023.

_____
THE HONORABLE NATASHA DEPRIMO
CIRCUIT COURT JUDGE

Copies furnished to:

Juliette Lippman, Esq., Birnbaum, Lippman & Gregoire, PLLC., *Attorney for Respondent/Wife*, 1301 East Broward Boulevard, Suite 230, Fort Lauderdale, Florida 33301, Lippmancourt@kblglaw.com

{00728559}

*Leigh v. Leigh*
*Case no.: FMCE 17-014253 (36)*
*Order to Consolidate Cases*
*Page 2*

Alan J. Braverman, Esq., Stok Kon + Braverman, *Attorney for Petitioner/Husband*, One East Broward Boulevard, Suite 915, Fort Lauderdale, Florida 33301 service@stoklaw.com and familypleadings@stoklaw.com

Joshua Rosenberg, Esq., Kelley Kronenberg, 1111 Brickell Ave. Suite 1900, Miami FL 33131-3142, jrosenberg@kelleykronenberg.com

Debra Slater, Esq., 5411 N. University Drive Suite 201, Coral Springs, FL 33067-0000, dslater@slater-small.com

{00728559}

**IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO. **PRC220005365**   DIVISION: **61J**   JUDGE: **Unassigned (61J)**

**In Re: Guardianship of: Leigh, Norman**

_____/

**ORDER TRANSFERRING AND CONSOLIDATING**

THIS CAUSE was before the Court subsequent to a hearing in *Leigh v. Leigh*, FMCE 22-012541 on May 4, 2023. The Court, having reviewed the file in this matter, the file in *In Re: Norman Leigh,* MHC-22-0003629, and the file in *Leigh v. Leigh*, FMCE 22-012541, finds that the three cases should be transferred to and consolidated into the same division, it is therefore,

ORDERED and ADJUDGED as follows:

Upon receipt of this Order, the Clerk of Court for the Probate Division is authorized and directed to transfer this matter to Division 60.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 9th day of May, 2023.

PRC220005365 05-09-2023 12:28 PM
Hon. Nicholas Lopane
**CIRCUIT COURT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
Christin Coleman Gallardo , E-mail : eservice@sorenlawgroup.com
Christin Coleman Gallardo , E-mail : christin@sorenlawgroup.com
Debra J Slater , E-mail : eservice@slater-small.com
Debra J Slater , E-mail : lrubin@slater-small.com
Edmund Macbryde Haskins , E-mail : ser.legal.c17@myflfamilies.com
Edmund Macbryde Haskins , E-mail : Edmund.Haskins@myflfamilies.com

Case Number: PRC220005365

Joshua H Rosenberg , E-mail : probateservice@kklaw.com
Joshua H Rosenberg , E-mail : jrosenberg@kklaw.com
Joshua H Rosenberg , E-mail : probateservice@kelleykronenberg.com

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. **MHC220003629**   DIVISION: **61J**   JUDGE: **Unassigned (61J)**

In Re: Leigh, Norman

_____/

**ORDER TRANSFERRING AND CONSOLIDATING**

THIS CAUSE was before the Court subsequent to a hearing in *Leigh v. Leigh*, FMCE 22-012541 on May 4, 2023. The Court, having reviewed the file in this matter, the file in *In Re: Guardianship of Norman Leigh,* PRC-22-0005365, and the file in *Leigh v. Leigh*, FMCE 22-012541, finds that the three cases should be transferred to and consolidated into the same division, it is therefore,

ORDERED and ADJUDGED as follows:

Upon receipt of this Order, the Clerk of Court for the Mental Health Division is authorized and directed to transfer this matter to Division 60.

**DONE AND ORDERED** in Chambers at Broward County, Florida on 9th day of May, 2023.

MHC220003629 05-09-2023 12:28 PM
Hon. Nicholas Lopane
**CIRCUIT COURT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
Christin Coleman Gallardo , E-mail : eservice@sorenlawgroup.com
Christin Coleman Gallardo , E-mail : christin@sorenlawgroup.com
Debra J Slater , E-mail : eservice@slater-small.com
Debra J Slater , E-mail : lrubin@slater-small.com
Debra J Slater , E-mail : dslater@slater-small.com
Joshua H Rosenberg , E-mail : probateservice@kklaw.com
Joshua H Rosenberg , E-mail : jrosenberg@kklaw.com
Joshua H Rosenberg , E-mail : probateservice@kelleykronenberg.com