# Exhibit 4

## PRIVILEGE LOG

**Key:**
KBLG = Law Offices of Birnbaum, Lippman & Gregoire PLLC;   S&S = Law Offices of Slater & Small PLLC

| Response | From | To/CC | Date/Time | Privilege Claim | Content of Correspondence |
|---|---|---|---|---|---|
| **1. Roberto Leigh** | | | | | |
| | Roberto Leigh | KBLG attorneys and staff ; Silvia Leigh | 01/23/2023 9:56pm | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email response to court documents expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 3/16/2023 8:20am | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 6/28/2023 1:58PM | Attorney-Client Privilege; Litigation Privilege | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 7/28/2023 12:25PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email providing documentation requested on behalf of Silvia Leigh for dissolution of marriage and related actions |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 7/28/2023 12:06PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| **2. Silvia Leigh** | | | | | |
| | Silvia Leigh | KBLG attorneys and staff ; S&S attorney | 12/14/2022 2:21PM | Attorney-Client Privilege; Attorney Work Product | Email response to Counsel for dissolution of marriage, guardianship and incapacity matters in connection with legal advice sought |
| **3. Slater & Small, PLLC ("S&S")** | | | | | |
| | Roberto Leigh | KBLG attorneys and staff ; Silvia Leigh | 01/23/2023 9:56pm | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email response to court documents expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 3/16/2023 8:20am | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 6/28/2023 1:58PM | Attorney-Client Privilege; Litigation Privilege | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 7/28/2023 12:25PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email providing documentation requested on behalf of Silvia Leigh for dissolution of marriage and related actions |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 7/28/2023 12:06PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 7/28/2023 12:06PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh | 06/30/2023 10:02AM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product; Settlement discussions | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh |
| | Roberto Leigh | KBLG attorneys and staff ; S&S attorney; Silvia Leigh; | 7/21/2023 12:15PM | Attorney-Client Privilege; Litigation Privilege; Attorney Work Product | Email expressing concerns and seeking legal advice on behalf of Silvia Leigh and Roberto Leigh |
| **4. Heidi Friedman, Esq.** | | | | | |
| | None | | | | |